IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

BILLY M. MORRIS and
WANDA M. MORRIS,

     Plaintiffs,

     v.                                          Civil Action No.: 2:23-cv-00316
                                                 Honorable Thomas E. Johnston

MINGO LOGAN COAL LLC, and
ARCH RESOURCES, INC. f/k/a
ARCH COAL, INC.,

     Defendants.

## CERTIFICATE OF SERVICE

       I hereby certify that on the 2nd day of February, 2024, I served an exact and true copy of the "*Mingo Logan Coal, LLC's Third Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents to Defendant Mingo Logan Coal, LLC*" on counsel of record via facsimile and first class United States mail, postage prepaid, addressed as follows:

               Robert B. Warner
               Andrew D. Byrd
               Nathanial A. Kuratomi
               WARNER LAW OFFICES, PLLC
               227 Capitol Street
               Post Office Box 3327
               Charleston, West Virginia 25333

               *Counsel for Plaintiffs*

               */s/ Michael J. Moore*
               C. David Morrison (WV ID #2643)
               Michael J. Moore (WV ID #12009)

18737281.1